IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
AT DAYTON

| LATASHA HEATH, | ) | |
| --- | --- | --- |
| | ) | CIVIL ACTION NO. 3:20-cv-00401 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | PETER B. SILVAIN, JR. |
| KILOLO KIJAKAZI, | ) | |
| ACTING COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This cause coming before the Court on the parties' Joint Stipulation to Remand (Doc. #16), due notice having been given, and the Court being fully advised, it is hereby ordered that:

This matter shall be remanded to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). Upon remand, the claim will be sent to an administrative law judge for further consideration of Plaintiff's claim, including any further action necessary to complete the administrative record, and issuance of a new ALJ decision. In issuing a new decision, the ALJ shall reweigh Dr. Taylor's opinion in a manner consistent with the regulations and the Court's prior order.

July 14, 2021

*s/ Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge